IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| FINIR CLEVELAND,<br><br>    Plaintiff,<br><br>v.<br><br>MID-SOUTH BELLS, LLC<br><br>    Defendant. | Civil Action No.<br>3:23-CV-00129-TES<br><br>JURY TRIAL DEMANDED |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Finir Cleveland ("Plaintiff"), and Defendant Mid-South Bells, LLC ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action. All parties agree to pay their own costs and fees.

Respectfully submitted this 4th day of January, 2024.

*[Signatures on following page.]*

1

| | |
|---|---|
| **BARRETT & FARAHANY** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| */s/ V. Severin Roberts* | */s/Deepa Subramanian* |
| V. Severin Roberts | Deepa Subramanian |
| Georgia Bar No. 940504 | Georgia Bar No. 278625 |
| *Attorney for Plaintiff* | Abigail Schmadeke |
| P.O. Box 530092 | Georgia Bar No. 753783 |
| Atlanta, GA 30353 | *Attorneys for Defendant* |
| (404) 214-0120 | 2191 Peachtree Street, N.E., Suite 4800 |
| (404) 214-0125 facsimile | Atlanta, GA 30303 |
| severin@justiceatwork.com | Telephone: (404) 881-1300 |
| | Facsimile: (404) 870-1732 |
| | Deepa.subramanian@ogletreedeakins.com |
| | Abigail.schmadeke@ogletreedeakins.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| FINIR CLEVELAND,<br><br>　　Plaintiff,<br><br>v.<br><br>MID-SOUTH BELLS, LLC<br><br>　　Defendant. | Civil Action No.<br>3:23-CV-00129-TES<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Joint Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Respectfully submitted this 4th day of January, 2024.

**BARRETT & FARAHANY**

*/s/ V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504